IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| Kingdom Community Construction, LLC ) | | No. 14-12219 |
| ) | | |
| Debtor. ) | | Honorable Judge: Eugene R. Wedoff |
| ) | | |

**NOTICE OF HEARING**
**REGARDING FINAL FEES FOR DEBTOR'S COUNSEL**

**TO:    SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on March 18, 2015 the Final Application of O. Allan Fridman for Allowance of Fees and Reimbursement of Costs, also as Debtor's counsel ("the Fee Application") were filed with the Clerk of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that on March 18, 2015 at 10:00 a.m., the Fee Applications will be heard before the Hon. Eugene R. Wedoff, or any judge sitting in his stead, in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois 60604.

O Allan. Fridman seeks approval of his fees and costs in the sum of $44,905.00 and $1,569.24. Please file any objections to the Fee Applications by March 11, 2015 with the Clerk of the Bankruptcy Clerk at 219 S. Dearborn St., Chicago, Illinois 60604, 7th Floor, with copies to the Debtors' attorneys at the addresses appearing below and the U.S. Trustee at 219 S. Dearborn Street, 8th Floor, Chicago, Illinois 60604. The full Applications are on file with the Clerk of the Bankruptcy Court or the undersigned Attorneys will send you a copy upon your request.

The undersigned attorney certifies that he caused a copy of this Notice to be served upon the parties appearing on the service list, which is filed with the clerk of the Bankruptcy Court, at the addresses listed on that service list, by depositing the same in the U.S. Mail, postage prepaid, on the 25th day of February 2015.

Kingdom Community Construction, LLC

By:     /s/ O. Allan Fridman

O. Allan Fridman
555 Skokie Blvd.
Suite 500
Northbrook, Illinois 60062
847-412-0788 allanfridman@gmail.com

## SERVICE LIST

By ECF Filing:

Patrick S Layng,
Office of the U.S. Trustee
Region 11
219 S Dearborn St
Room 873
Chicago, Illinois 60604
USTPRegion11.MD.ECF@usdoj.gov

M. Gretchen Silver
Trial Attorney
Office of the United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL  60603

Robers Environmental Control Corp
C/O Ashley W Brandt
Freeborn & Peters LLP
311 South Wacker Drive
Suite 30000
Chicago, IL 60606
(312) - 636-4182
abrandt@freeborn.com

Michael Kelly
**By Mail:**

Active Copies
3839 W Devon
Chicago, IL 60659

Acuity
2800 South Taylor Drive
Sheboygan, WI 53081

American Builders
953 Setton Court
Wheeling, IL 60090

Aramark Uniform Service
25259 Netwrok Place
Chicago, IL 60673

Berkley Risk Administrator
PO Box 59143
Minneapolis, MN 55459

United States Attorney's Office (NDIL)
219 S. Dearborn
Suite 500
Chicago, IL 60604
312 353 5300
michael.kelly@usdoj.gov

Christopher L Muniz
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545
clm@sacounsel.com

Acuity
C/O Samuel C. Wisotzkey
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Washington Building
Milwaukee, WI 53212
414 962-5110
414 962-8725 (fax)
swisotzkey@kmksc.com

Chicago Painters and
Decorators Fringe Benefit Fund
 John F. Etzkorn,
Arnold and Kadjan
203 N. LaSalle Street,
Suite 1650 Chicago, IL 60601

D & E Industrial
1657 N Major
Chicago, IL 60605

David Lyman
200 S Wacker Drive Suite 3000
Chicago, IL 60601

Destiny Services
1139 W Vermont Ave
Calumet Park, IL 60827

First Funding Insurance

450 Skokie Blvd Suite 1000
Northbrook, IL 60062

GF Venture
925 Keeler Ave
Chicago, IL 60624

J & E Duff
909 West Washington St
West Chicago, IL 60185

M & M Services
3010 W Division
Melrose Park, IL 60160

Pekin Insurance
2505 Court Street
Pekin, IL

Raincoat Roof Maintenance
1750 Parkes Drive

Broadview, IL

Sharlen Electric
9101 S. Baltimore
Chicago, IL 60617

Truth and Deliverance
5151 W Madison 2nd Floor
Chicago, IL 60644
Valley Custom Woodwork
1626 Industrial Ct
Belvidere, Il 61008

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th flr